Andrea BRUCK, individually and on behalf of all others similarly situated, Appellant,

v.

PENNSYLVANIA NATIONAL INSURANCE COMPANIES, individually and on behalf of all others similarly situated, Appellee.

Supreme Court of Pennsylvania.

Argued April 30, 1997.

Decided Sept. 17, 1997.

DAUPHIN DEPOSIT BANK AND TRUST COMPANY, Appellant,

v.

Ralph W. HESS, Joan B. Pattison, and Jared L. Hock, Individually and On Behalf Of All Others Similarly Situate, Appellees.

Superior Court of Pennsylvania.

Argued March 5, 1997.

Filed July 10, 1997.

Reargument Denied Sept. 22, 1997.

Edwin P. Smith, for appellant.

Andrew J. Gallogly, for appellee.

Before FLAHERTY, C.J. and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

AND NOW, this 17th day of September, 1997, the appeal is dismissed as having been improvidently granted.

NIGRO and NEWMAN, JJ., dissent.